PROB.22
(Rev. 2/88)

| | | | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Tran. Court)<br>1:03CR00107-001 | |
| | | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>**Mario Gudiel-Lopez** | DISTRICT<br><br>Rhode Island | DIVISION<br><br>Providence | |
| | NAME OF SENTENCING JUDGE<br><br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br><br>September 24, 2004 | TO:<br><br>April 2, 2009 |
| OFFENSE<br><br>Illegal Reentry After Deportation | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

11/28/07 — *Date*

Mary M. Lisi
*Honorable Mary M. Lisi*
*Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/19/07 — *Date*

Karen Cardone
*United States District Judge*

**Notice to Sentencing District**

Please note that this case is pending sentencing on the newly acquired charges in the Western District of Texas, El Paso Division on March 19, 2008. In order to assure that the sentencing on the pending charges and the revocation proceedings that originated in your District, be handled simultaneously, in the Western District of Texas, El Paso Division, the Transfer of Jurisdiction, to include transferring of the U.S. District Court file from your District to the Western District of Texas, El Paso Division must by completed no later than twenty-one (21) days prior to sentencing in Dkt. No. EP-07-CR-2385KC(1), or no later than February 27, 2008.

If the transfer of jurisdiction cannot be completed by the specified time period, jurisdiction of this case shall be returned.

Kathleen Cardone
U.S. District Judge